**ORDERED.**

Dated: May 14, 2010

_____
**EILEEN W. HOLLOWELL**
U.S. Bankruptcy Judge
_____

**TIFFANY & BOSCO** P.A.
**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

10-09273

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| IN RE:<br><br>Salvador E. Ruvalcaba and Maria D. Ruvalcaba<br>    Debtors.<br><br>Wells Fargo Bank, N.A.<br>    Movant,<br>    vs.<br><br>Salvador E. Ruvalcaba and Maria D. Ruvalcaba, Debtors, Beth Lang, Trustee.<br><br>    Respondents. | No. 4:10-BK-09729-EWH<br><br>Chapter 7<br><br>ORDER<br><br>(Related to Docket #11) |

Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefor,

IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real

property which is further described as:

A portion of Lot 139, Block 09, RIO RICO ESTATES UNIT NO.8, Santa Cruz County, Arizona, As per subdivision plat recorded in Book 3 of Maps and Plats page 2, and said portion being more particularly described as follows:

BEGINNING at the Northeast corner of Lot 139, being a found 1/2 inch rebar tagged PE 4670;

Thence South 06'18'14" East (South 06'1601" East, plat) along and upon the East line of Lot 139, a distance of 330.87 feet (330.613 plat) to a found 1/2 inch rebar tagged P'E 4670, being the Southwest corner of Lot 139;

Thence North 72°46'01" West (North 72°47'42" West, plat) along II11d upon the Southerly line of Lot 139, a distance of 346.10 feet (346.292 plat) to a found 1/2 inch rebar tagged PE 01670. being a point on the arc of a non-tangent curve concave to the Southwest, a radial line of said curve through said point having a bearing of North 89°11 '25" East, said point being a found 1/2 inch rebar tagged PE 4670;

Thence Northerly along the arc of said curve, to the left, having a radius of 50.00 feet (record and measured). and a central angle of 28°38'51", for an arc distance of 25.00 feet, to a point on a non-tangent line, said point being a set 1/2 inch rebar tagged RLS 26398;

Thence South 82°13'25" East, a distance of 238.00 feet to a set 1/2, inch iron rebar tagged RLS 26398;

Thence north 10°39'29" West. a distance of 121.91 feet to a set 1/2 inch iron rebar tagged RLS 26398;

Thence South 84°13' 52" West. a distance of 20.00 feet to a set 1/2 inch iron rebar tagged RLS 26398;

Thence North 10°39' 27" West. a distance of 95.00 feet to its intersection with the Northerly line of
Lot 139 and setting a 1/2 inch iron rebar tagged RLS 26398;

Thence North 79°20'33" East (North 79°20'44" East plat) along and upon said Lot line, a distance of 127.09 feet to the POINT OF BEGINNING.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.